No. 02–355. Southern Building Code Congress International, Inc. v. Veeck, dba Regional Web. C. A. 5th Cir.; and

No. 02–458. Raymond B. Yates, M. D., P. C. Profit Sharing Plan et al. v. Hendon, Trustee. C. A. 6th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 02–5552. McCarrin v. United States. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 23, 2002, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–6980. Stokes, aka Muhammed v. United States Parole Commission. C. A. D. C. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari granted.

No. 02–7200. In re Hutton;
No. 02–7205. In re Gay; and
No. 02–7237. In re DeWitt. Petitions for writs of habeas corpus denied.

No. 02–6709. In re Easterwood. Petition for writ of mandamus denied.

No. 02–6611. In re Newsome. Petition for writ of mandamus and/or prohibition denied.

No. 01–1757. Stogner v. California. Ct. App. Cal., 1st App. Dist. Certiorari granted.

No. 02–241. Grutter v. Bollinger et al. C. A. 6th Cir. Certiorari granted.

No. 02–281. Inyo County, California, et al. v. Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony et al. C. A. 9th Cir. Certiorari granted.